IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE F. SWARTZ, JR., a.k.a. FRANKLIN H. WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ORACLE CORPORATION,<br><br>　　　　　Defendant. | Case No. 22-mc-80257 CW<br><br>**ORDER RETURNING COMPLAINT TO PLAINTIFF**<br><br>(Re: Dkt. No. 1) |

　　　　Plaintiff Jesse F. Swartz, a.k.a. Franklin H. Wright (hereinafter Swartz/Wright), seeks to file a complaint in the above-captioned miscellaneous action. On June 13, 2016, the Court issued a pre-filing order regarding cases filed by Franklin H. Wright, a.k.a. Jesse Swartz. *See* Case No. 16-cv-00505, Docket No. 27. The pre-filing order states that, if Swartz/Wright seeks to file an action that is related to certain subject matters or legal theories, "it will not be filed unless it presents cognizable claims." *Id.* at 2. The subject matters or legal theories are:

　　　　(1) Violation of some duty owed;

　　　　(2) Mention of the Federal Tort Claims Act or attachment of Federal Tort Claims Act "claim letters";

　　　　(3) Other cases previously filed in federal courts;

　　　　(4) Requests to compel any defendant to answer questions, perform investigations or evaluate policy proposals;

　　　　(5) "Obstruction" of Swartz/Wright's legal process; or

(6) Conspiracies to "train" Swartz/Wright.

*Id.* at 1-2.

According to the complaint that Swartz/Wright seeks to file, he seeks to assert claims for defamation, destruction of personal property, and "a civil claim for violating the R.I.C.O. Act" against Defendant Oracle Corporation. *See generally* Docket No. 1. Swartz/Wright alleges that, while he worked at Oracle, he was "entrapped, framed, harassed and obstructed," and defamed, by people who worked at Oracle. *See id.* at 5-6. In the complaint he seeks to file, Swartz/Wright mentions multiple other federal actions that he previously filed and his theory of liability appears to be based, at least in part, on those cases. *See id.* at 7. Because the complaint that Swartz/Wright seeks to file relates to at least one of the subject matters mentioned in the pre-filing order, the complaint may not be filed unless it presents cognizable claims.

The Court has reviewed the complaint that Swartz/Wright seeks to file. The complaint presents no cognizable claims. Accordingly, the Clerk of the Court is ordered not to file it. The complaint shall be returned to Swartz/Wright. No further filing shall be entertained in this miscellaneous action. The Clerk shall terminate this miscellaneous action.

IT IS SO ORDERED.

Dated: 10/6/2022

CLAUDIA WILKEN
United States District Judge